RECORD IMPOUNDED

 NOT FOR PUBLICATION WITHOUT THE
 APPROVAL OF THE APPELLATE DIVISION
 This opinion shall not "constitute precedent or be binding upon any court."
 Although it is posted on the internet, this opinion is binding only on the
 parties in the case and its use in other cases is limited. R. 1:36-3.

 SUPERIOR COURT OF NEW JERSEY
 APPELLATE DIVISION
 DOCKET NO. A-3801-15T3

J.H.,

 Plaintiff-Appellant,

v.

R.J.H.,

 Defendant-Respondent.

___________________________

 Submitted September 6, 2017 – Decided November 27, 2017

 Before Judges Alvarez and Gooden Brown.

 On appeal from Superior Court of New Jersey,
 Chancery Division, Family Part, Hunterdon
 County, Docket No. FM-10-0139-11.

 John A. Albright, attorney for appellant.

 Respondent has not filed a brief.

PER CURIAM

 We have been advised that this matter has been amicably

adjusted and the parties have stipulated to the dismissal of this

appeal. Accordingly, the appeal is dismissed with prejudice and

without costs.